UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIR M. WAHID,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DEBRA ASCUNCION, Warden,<br><br>　　　　　Respondent. | Case No. ED CV 16-778-JGB (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　IT IS THEREFORE ORDERED that petitioner's Renewed Motion for Leave to Conduct Discovery (docket no. 55) is denied, and Judgment will be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: March 31, 2020

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE