JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMIR M. WAHID, | Case No. ED CV 16-778-JGB (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEBRA ASCUNCION, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: March 31, 2020

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE